**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-1583

Sean Michael Breen

- - Versus - -

Kacie Magee Breen and ABC Insurance Company

22nd Judicial District Court
Case #: 201511809
St. Tammany Parish

Consolidated with the following:

2021 - CA - 1585

Bridget Marie Breen Dunbar, Patrick Vernon Breen, Ryan Michael Breen, and Devin Thomas Breen

versus

Kacie Magee Breen and Federal Insurance Company

On Application for Rehearing filed on 07/20/2023 by Kacie Breen

Rehearing ___*Denied*___

_Emily P. Ward grant._

John Michael Guidry

Page McClendon

Jewel E. "Duke" Welch Jr.

Mitchell R. Theriot

Guy Holdridge

Wayne Ray Chutz

Allison H. Penzato

Walter I. Lanier III

_____
Elizabeth Wolfe

_____
Chris Hester

_____
Steven M. Miller

_____
Hunter Greene

Date _____ **JUL 2 7 2023**_____

_____
Rodd Naquin, Clerk